IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01913-REB-KLM

RONALD STRICH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF INTERIOR,
UNITED STATES DEPARTMENT OF AGRICULTURE,
CARL SCHAEFER, individually and in his official capacity as a Lake County Colorado Commissioner,
MICHAEL BORDOGNA, individually and in his official capacity as a Lake County Colorado Commissioner,
KENNETH OLSEN, individually and in his official capacity as a Lake County Colorado Commissioner,
MICHAEL HICKMAN, individually and in his official capacity as a former Lake County Colorado Commissioner, and
ANY AND ALL UNKNOWN PERSONS WHO CLAIM AN INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Refiled Motion to Amend Complaint** [Docket No. 65; Filed January 5, 2010] (the "Motion").  Plaintiff's previous Motion to Amend [Docket No. 62] was denied without prejudice because Plaintiff had not included in his motion a certification of conferral, as required by D.C.COLO.LCivR 7.1A.  Plaintiff has now included the necessary certification and informs the Court that no party opposes his request to amend the Complaint.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Clerk is direct to file the First Amended Complaint attached to the Motion.

Dated:  January 7, 2010