IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01913-REB-KLM

RONALD STRICH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF INTERIOR,
UNITED STATES DEPARTMENT OF AGRICULTURE,
BOARD OF COMMISSIONERS OF LAKE COUNTY, COLORADO, and
ANY AND ALL UNKNOWN PERSONS WHO CLAIM AN INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

    Defendants.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Compel Federal Defendants to Answer Interrogatories and Production of Documents** [Docket No. 98; Filed March 5, 2010] (the "Motion").

    At the Scheduling Conference on November 5, 2009, counsel for the parties were directed to call my chambers by joint conference call to schedule hearings regarding unresolved discovery disputes prior to filing any contested discovery motion. *See* Docket No. 54. Counsel did not call chambers prior to filing the instant Motion. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. If the parties are unable to resolve the dispute, they may call chambers at 303-335-2770 and schedule a hearing on the issues presented in the Motion.

Dated: March 5, 2010