IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01913-REB-KLM

RONALD STRICH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF INTERIOR,
UNITED STATES DEPARTMENT OF AGRICULTURE,
BOARD OF COMMISSIONERS OF LAKE COUNTY, COLORADO, and
ANY AND ALL UNKNOWN PERSONS WHO CLAIM AN INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Temporary Stay of All Deadlines** [Docket No. 106; Filed April 29, 2010] (the "Motion"). Although Plaintiff requests that the Court stay pending discovery, witness disclosure, and dispositive motions deadlines until May 14, 2010, the only pending deadline that occurs before May 14, 2010 is the rebuttal witness disclosure deadline [Docket No. 97]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. To the extent that Plaintiff seeks an extension of the rebuttal witness disclosure deadline, the Motion is **granted**. The parties shall disclose rebuttal witnesses by **May 14, 2010**. To the extent that Plaintiff seeks a stay of any other case deadlines, the Motion is **denied** due to the fact that no other deadlines occur prior to May 14, 2010.

    Pursuant to the Motion, Plaintiff has also indicated that he intends to seek amendment of his operative complaint. Given that trial is set for August 2010, the Court is concerned about further delay in moving the case forward. To the extent that Plaintiff intends to file a request to amend his complaint, he must do so no later than **May 14, 2010**.

Dated: May 3, 2010