IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01913-REB-KLM

RONALD STRICH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF INTERIOR,
UNITED STATES DEPARTMENT OF AGRICULTURE,
BOARD OF COMMISSIONERS OF LAKE COUNTY, COLORADO, and
ANY AND ALL UNKNOWN PERSONS WHO CLAIM AN INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order** [Docket No. 109; Filed May 14, 2010] ("Motion No. 109") and **Unopposed Motion to Amend Complaint** [Docket No. 110; Filed May 14, 2010] ("Motion No. 110").

    IT IS HEREBY **ORDERED** that Motion No. 109 is **GRANTED**. The Amended Scheduling Order [Docket No. 55] entered on November 5, 2009, is modified as follows:

- Discovery Deadline for Defendants    **May 21, 2010**
- Dispositive Motions Deadline    **June 25, 2010**

    IT IS FURTHER **ORDERED** that Federal Defendants are permitted to serve up to ten (10) additional requests for production of documents on Plaintiff. Any discovery requests propounded by Defendants shall be responded to by Plaintiff within twenty (20) days of service.

    IT IS HEREBY **ORDERED** that Motion No. 110 is **GRANTED**. The Clerk is instructed to docket Plaintiff's Second Amended Complaint [Docket No. 111] as of today's date.

    IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond to

the Second Amended Complaint on or before **June 7, 2010**.

Dated:  May 17, 2010