IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01913-REB-KLM

RONALD STRICH,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,
THE UNITED STATES DEPARTMENT OF THE INTERIOR,
THE UNITED STATES DEPARTMENT OF AGRICULTURE,
CARL SCHAEFER, individually and in his official capacity as a Lake County Colorado Commissioner,
MICHAEL BORDOGNA, individually and in his official capacity as a Lake County Colorado Commissioner,
KENNETH OLSEN, individually and in his official capacity as a Lake County Colorado Commissioner,
MICHAEL HICKMAN, individually and in his official capacity as a former Lake County Colorado Commissioner, and
ANY AND ALL UN KNOWN PERSONS WHO CLAIM AN INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

    Defendants.

---

**ORDER DENYING WITHOUT PREJUDICE AS MOOT
MOTION TO DISMISS PLAINTIFF'S FIFTH AMENDED CLAIM FOR RELIEF**

---

**Blackburn, J.**

    The matter before me is defendants' **Motion To Dismiss First Amended Complaint** [#72], filed January 19, 2010. After the motion was filed, plaintiff sought leave to amend his complaint, *inter alia*, to "better reflect the facts underlying this action" and "significantly narrow and streamline the claims." (*See* **Unopposed Motion To Amend Complaint** ¶¶ 4 & 5 7 at24 [#110], filed May 14, 2010.) The magistrate judge now has granted that motion, and the second amended complaint has been accepted

for filing.  (*See* **Minute Order** [#114], filed May 17, 2010; **Second Amended Complaint** [#111], filed May 14, 2010.)  The filing of an amended complaint moots a motion to dismiss directed at the superceded complaint.  ***See Griggs v. Jornayvaz***, 2009 WL 1464408 at *1 (D. Colo. May 22, 2009); ***United States ex rel. Babb v. Northrop Grumman Corp.***, 2007 WL 1793795 at *1 (D. Colo. June 19, 2007).

**THEREFORE, IT IS ORDERED** that defendants' **Motion To Dismiss First Amended Complaint** [#72], filed January 19, 2010, is **DENIED WITHOUT PREJUDICE** as moot.

Dated May 18, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge