IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01913-REB-KLM

RONALD STRICH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF INTERIOR,
UNITED STATES DEPARTMENT OF AGRICULTURE,
BOARD OF COMMISSIONERS OF LAKE COUNTY, COLORADO, and
ANY AND ALL UNKNOWN PERSONS WHO CLAIM AN INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Withdraw Non-Response to Requests for Admission and to Amend Response to Requests for Admission** [Docket No. 126; Filed June 25, 2010] (the "Motion").

    At the Scheduling Conference on November 5, 2009, counsel for the parties were directed to call my Chambers by joint conference call to schedule hearings regarding unresolved discovery disputes prior to filing any contested discovery motion. *See* Docket No. 54; *see also Amended Scheduling Order* [#55] at 16. Although the Court previously reminded the parties about its policy for resolving discovery disputes [Docket No. 100], counsel did not call Chambers prior to filing the instant Motion. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. No opposed discovery motions are to be filed with the Court until the parties comply with D.C.COLO.LCivR. 7.1(A). If the parties are unable to reach agreement on a discovery issue after conferring, they shall jointly arrange a conference call with Magistrate Judge Mix to attempt to resolve the issue. **<u>Both of these steps must be completed before any contested discovery motions are filed with the Court</u>**.

Dated: June 25, 2010