IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01913-REB-KLM

RONALD STRICH,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,
THE UNITED STATES DEPARTMENT OF THE INTERIOR,
THE UNITED STATES DEPARTMENT OF AGRICULTURE,
BOARD OF COMMISSIONERS of Lake County, Colorado, and
ANY AND ALL UN KNOWN PERSONS WHO CLAIM AN INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

    Defendants.

## ORDER DISMISSING DEFENDANT BOARD OF COUNTY COMMISSIONERS OF LAKE COUNTY, COLORADO, ONLY

**Blackburn, J.**

The matter before me is the **Stipulated Motion For Dismissal With Prejudice of Plaintiff's Claims Against Defendant Board of County Commissioners of Lake County, Colorado** [#159] filed August 12, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendant Board of County Commissioners of Lake County, Colorado should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal With Prejudice of Plaintiff's Claims Against Defendant Board of County Commissioners of Lake County, Colorado** [#159] filed August 12, 2010, is **GRANTED**;

2.  That plaintiff's claims against defendant Board of County Commissioners of Lake County, Colorado are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That defendant Board of County Commissioners of Lake County, Colorado is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly.

Dated August 13, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge