IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01913-REB-KLM

RONALD STRICH,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,
THE UNITED STATES DEPARTMENT OF THE INTERIOR,
THE UNITED STATES DEPARTMENT OF AGRICULTURE, and
ANY AND ALL UN KNOWN PERSONS WHO CLAIM AN INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

    Defendants.

**ORDER DISMISSING THE SECOND AND THIRD CLAIMS FOR RELIEF IN PLAINTIFF'S SECOND AMENDED COMPLAINT ALLEGED AGAINST DEFENDANT UNITED STATES OF AMERICA, DEFENDANT UNITED STATES DEPARTMENT OF THE INTERIOR, AND DEFENDANT UNITED STATES DEPARTMENT OF AGRICULTURE**

**Blackburn, J.**

The matter before me is the **Stipulated Motion For Dismissal With Prejudice of The Second and Third Claims For Relief in Plaintiff's Second Amended Complaint Alleged Against Defendant United States of America, Defendant United States Department of The Interior, and Defendant United States Department of Agriculture** [#161] filed August 13, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's second and third claims for relief in plaintiff's Second Amended Complaint against defendant United States of America, defendant United States Department of the Interior, and defendant United States Department of Agriculture should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal With Prejudice of The Second and Third Claims For Relief in Plaintiff's Second Amended Complaint Alleged Against Defendant United States of America, Defendant United States Department of The Interior, and Defendant United States Department of Agriculture** [#161] filed August 13, 2010, is **GRANTED**;

2. That plaintiff's second and third claims for relief in plaintiff's **Second Amended Complaint** [#111] filed May 14, 2010, against defendant United States of America, defendant United States Department of the Interior, and defendant United States Department of Agriculture should be dismissed with prejudice are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That pursuant to REB Civ. Practice Standard II.I.1, the plaintiff and defendants shall file a joint status report by August 26, 2010, advising the court as to what claims remain against the defendants the United States of America, United States Department of The Interior, and United States Department of Agriculture.

Dated August 13, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge