IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01913-REB-KLM

RONALD STRICH,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,
THE UNITED STATES DEPARTMENT OF THE INTERIOR,
THE UNITED STATES DEPARTMENT OF AGRICULTURE, and
ANY AND ALL UN KNOWN PERSONS WHO CLAIM AN INTEREST IN THE SUBJECT MATTER
OF THIS ACTION,

    Defendants.

## ORDER

**Blackburn, J.**

The matter is before me *sua sponte*. The twenty-three day trial in 07-cv-00968-REB-CBS, which commences August 23, 2010, will preclude the commencement of trial in this case on August 30, 2010. Thus, I enter this order to vacate the Trial Preparation Conference set for August 20, 2010, and the trial set to commence August 30, 2010,

**THEREFORE, IT IS ORDERED** as follows:

1. That the Trial Preparation Conference set for August 20, 2010, at 10:30 a.m., is **VACATED** and **CONTINUED**, pending further order;

2. That the trial set to commence August 30, 2010, is **VACATED** and **CONTINUED**, pending further order; and

3. That as soon as practicable, the Trial Preparation Conference and trial **SHALL BE RESET** on the calendar and docket of this court or that of a visiting United States District Judge.

Dated August 16, 2010, at Denver, Colorado.

                                                **BY THE COURT:**

                                                Robert E. Blackburn
                                                United States District Judge