**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 09-cv-01913-WJM-KLM

RONALD STRICH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF THE INTERIOR,
UNITED STATES DEPARTMENT OF AGRICULTURE, and
ANY AND ALL UNKNOWN PERSONS WHO CLAIM AN INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

    Defendants.

## ORDER FOR SUPPLEMENTAL BRIEFING

This matter is before the Court on Defendants United States of America, United States Department of the Interior, and United States Department of Agriculture's ("Defendants") motion for summary judgment on Plaintiff Ronald Strich's ("Plaintiff") first claim for relief and Plaintiff's response to the same.  (Doc. Nos. 123, 21.)

In his response, Plaintiff argues the applicable statute of limitations of 28 U.S.C. § 2401(a) does not bar his claim.  Specifically, Plaintiff contends his claim did not accrue until December 2008, because until that time, he was working with the Forest Service to relocate the trailhead and close a portion of the road.  While these facts suggest Plaintiff is attempting to invoke the doctrine of equitable tolling to extend the limitations period, Plaintiff characterized the issue as one of accrual.  Consequently Plaintiff failed to provide any authority directed to whether § 2401(a) is subject to

equitable tolling. Defendants also did not provide any relevant authority or argument on this issue as they chose to not file a reply brief. Without such authority and argument, however, the Court cannot make an appropriate determination as to whether equitable tolling is available in this case. As a result, supplemental briefing is necessary.

It is, therefore,

**ORDERED** that the parties shall submit, no later than March 4, 2011, simultaneous supplemental briefs directed to the narrow issue of whether equitable tolling is available under Tenth Circuit law to extend the limitations period of 28 U.S.C. § 2401(a). The supplemental briefs shall not exceed 5 pages, exclusive of signature blocks and certificate of service.

DATED February 17, 2011.

BY THE COURT:

s/ *William J. Martínez*
United States District Judge