IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01913-WJM-KLM

RONALD STRICH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF INTERIOR,
UNITED STATES DEPARTMENT OF AGRICULTURE,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Stay Briefing on Plaintiff's Discovery Motion Pending the Court's Ruling on Defendants' Motion to Dismiss** [Docket No. 194; Filed July 8, 2011] ("Motion to Stay"). Pursuant to the Motion, Defendants request that they be permitted to delay their response to Plaintiff's Motion for Discovery [Docket No. 191] ("discovery motion") until resolution of their pending Motion to Dismiss claim one of Plaintiff's Complaint [Docket No. 193].  Plaintiff filed a Response to the Motion to Stay on August 1, 2011 indicating that he does oppose Defendants' Motion to Dismiss [Docket No. 196]. Thereafter, Defendants commenced with briefing on Plaintiff's discovery motion [Docket No. 198].  As Defendants have now responded to Plaintiff's discovery motion, a stay of briefing is unnecessary.  Accordingly

    IT IS HEREBY **ORDERED** that the Motion to Stay is **DENIED as moot**.

    IT IS FURTHER **ORDERED** that a decision on Plaintiff's discovery motion will be issued in due course after it has been fully briefed and in consideration of the Court's overall docket.

Dated:  August 8, 2011