IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01913-JLK-AP

RONALD STRICH,

        Plaintiff,

v.

UNITED STATES OF AMERICA;
UNITED STATES DEPARTMENT OF THE INTERIOR;
UNITED STATES DEPARTMENT OF AGRICULTURE;
BOARD OF COMMISSIONERS OF LAKE COUNTY, COLORADO;  and
ANY AND ALL UNKNOWN PERSONS WHO CLAIM AN
      INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

        Defendants.

## MINUTE ORDER

Judge John L. Kane ORDERS

    This matter comes before the Court on the Unopposed Motion to Amend Joint Case Management Plan for Petition For Review of Agency Action (Doc. 218), filed December 2, 2011.  Having reviewed the Motion and for good cause shown, the Motion is GRANTED.  Specifically, paragraphs D, E, and F of Section 6 of the Joint Case Management Plan for Petition for Review of Agency Action is AMENDED as follows:

        D.  Petitioner's Opening Brief Due:  February 1, 2012

        E.  Respondent's Response Brief Due:  March 1, 2012

        F.  Petitioner's Reply Brief (If Any) Due:  March 23, 2012.

_____

December 2, 2011.