IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01913-RBJ-KLM

RONALD STRICH,

        Plaintiff,

v.

UNITED STATES OF AMERICA;
UNITED STATES DEPARTMENT OF THE INTERIOR;
UNITED STATES DEPARTMENT OF AGRICULTURE;
BOARD OF COMMISSIONERS OF LAKE COUNTY, COLORADO; and
ANY AND ALL UNKNOWN PERSONS WHO CLAIM AN
    INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

        Defendants.

---

## STIPULATED SETTLEMENT AGREEMENT BETWEEN PLAINTIFF RONALD STRICH AND DEFENDANT UNITED STATES OF AMERICA, DEFENDANT UNITED STATES DEPARTMENT OF THE INTERIOR, AND DEFENDANT UNITED STATES DEPARTMENT OF AGRICULTURE

---

COME NOW Plaintiff Ronald Strich, by and through Michael F. Feeley, Esq, of Brownstein Hyatt Farber Schreck, LLC, and Defendant United States of America, Defendant United States Department of the Interior, and Defendant United States Department of Agriculture, ("Federal Defendants"), by and through the United States Attorney for the District of Colorado, and stipulate and agree as follows:

WHEREAS, on June 2, 1982, the Bureau of Land Management ("BLM"), United States Department of the Interior, granted Right-Of-Way COC-33154 ("Right-Of-Way")

to James D. Doyle, Personal Representative of the Estate of George W. Loomis, deceased, for a term of thirty (30) years.

WHEREAS, the Right-Of-Way expires on June 1, 2012.

WHEREAS, on or about November 26, 2003, the BLM, approved the assignment of the Right-Of-Way to Plaintiff Ronald Strich.

WHEREAS, pursuant to the Right-Of-Way, Plaintiff Ronald Strich is obligated to pay certain rent.

WHEREAS, Plaintiff Ronald Strich currently owes rent relating to the Right-Of-Way.

WHEREAS, on May 15, 2010, Plaintiff Ronald Strich filed his Second Amended Complaint.

WHEREAS, as of December 1, 2011, all claims stated in the Second Amended Complaint have been resolved, except for certain issues relating to the establishment of the trailhead at the boundary of the Mount Massive Wilderness, as more particularly described in the pleadings filed in this civil action.

WHEREAS, Plaintiff Ronald Strich and the Federal Defendants desire to amicably resolve all remaining issues set forth in the Second Amended Complaint.

THEREFORE, without further adjudication of any issue of fact or law relating to the Second Amended Complaint, and upon the consent of Plaintiff Ronald Strich and the Federal Defendants, by their authorized representatives, it is hereby stipulated and agreed as follows:


1. Plaintiff Ronald Strich and the Federal Defendants stipulate and agree to settle and compromise this civil action on the terms and conditions set forth herein.

2. Plaintiff Ronald Strich stipulates and agrees to dismiss with prejudice the Second Amended Complaint, and releases and waives any and all claims, demands and/or causes of action that Plaintiff Ronald Strich had, has, or may have against the Federal Defendants arising out of the facts alleged in the pleadings filed in this civil action.

3. The BLM stipulates and agrees to accept, in lieu of the rent Plaintiff Ronald Strich currently owes for the Right-Of-Way, Plaintiff Ronald Strich's dismissal of the Second Amended Complaint, and Plaintiff Ronald Strich's release and waiver of any and all claims, demands, and/or causes of action that Plaintiff Ronald Strich had, has, or may have against the Federal Defendants arising out of the facts alleged in the pleadings filed in this civil action.

4. The within stipulation settlement shall not alter, restrict, or expand the rights, duties, and obligations, if any, that Plaintiff Ronald Strich, as a member of the public, has, or may have in the future, to use of the dirt road that currently and historically is contained within the Right-Of-Way.

5. Plaintiff Ronald Strich hereby stipulates and agrees to accept the terms and conditions of this Stipulated Settlement Agreement in full settlement and satisfaction of any and all claims, demands, and/or causes of action that Plaintiff Ronald Strich had,

has, or may have against the Federal Defendants arising out of the facts alleged in the pleadings filed in this civil action.

6. The Federal Defendants and the BLM stipulate and agree to accept the terms and conditions of this Stipulated Settlement Agreement in full settlement and satisfaction of any and all rent Plaintiff Ronald Strich currently owes for the Right-Of-Way.

7. This Stipulated Settlement Agreement shall not constitute an admission of liability or fault on the part of the Federal Defendants.

8. Each party shall bear his or its own attorney's fees, cost, and expenses.

9. This Stipulated Settlement Agreement shall not be considered consummated and shall be of no force and effect until filed with the Court.

BROWNSTEIN HYATT
FARBER SCHRECK

_____
MICHAEL F. FEELEY, ESQ.
410 Seventeenth Street
Suite 2200
Denver, CO 80202

Telephone:  (303) 223-1100
Fax:        (303) 223-1111
E-mail:     MFeeley@BHFS.com

_____
RONALD STRICH
Plaintiff

JOHN F. WALSH
United States Attorney

_____
STEPHEN D. TAYLOR
Assistant U.S. Attorney
1225 Seventeenth Street
Suite 700
Denver, CO 80202

Telephone: (303) 454-0100
Fax:       (303)454-0408
E-mail:    stephen.taylor@usdoj.gov

4

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on February 6, 2011, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Ronald W. Carlson, Esq. | ron@ccdlawyers.com |
| Andrew D. Ringel, Esq. | ringela@hallevans.com |
| Michael F. Feeley, Esq. | MFeeley@BHFS.com |
| Geoffrey M. Williamson, Esq. | GWilliamson@BHFS.com |
| Stephen D. Taylor, Esq. | stephen.taylor@usdoj.gov |

*s/Stephen D. Taylor*
Stephen D. Taylor